UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00195-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO DEVONNE JONES | ) | |

This matter is before the court on the government's motion to continue sentencing and motion to seal the same. Having fully considered the motion to continue, it is DENIED. For good cause shown, the motion to seal is ALLOWED.

This 1 February 2012.

                                                W. Earl Britt
                                                Senior U.S. District Judge